IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

        Petitioner,                No. CIV S-05-1062 LKK DAD P

    vs.

DAVE GRAZAINI, et al.,

        Respondents.          <u>ORDER</u>

_____/

        Petitioner is a an inmate of a state mental hospital proceeding pro se with a federal petition for writ of habeas corpus.  On June 8, 2005, the undersigned found that the petition does not challenge a state order or judgment related to the legality or duration of petitioner's confinement.  Petitioner was granted leave to file an amended petition alleging fully exhausted federal claims arising from an order or judgment related to the legality or duration of his confinement.  On July 18, 2005, the court granted petitioner's request for an extension of time to August 8, 2005, to file such a petition.  Petitioner has filed a document titled "Motion for Continuance or Voluntary Abandonment Until Resolution of Related or Intrinsic State Court Proceedings."

        Petitioner reveals that he has not exhausted any federal claim related to a specific state court judgment that affects the duration or legality of his confinement.  Petitioner presents

1

no legal or factual basis for a "continuance" of this action.  The court will grant his request in the alternative for voluntary dismissal of this case.  See Fed. R. Civ. P. 41(a); see also Rule 11, Fed. R. Governing Habeas Corpus Cases Under Section 2254.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's August 4, 2005 motion for voluntary abandonment of this action is granted.

2.  This action is dismissed without prejudice, and the Clerk of the Court shall close the case.

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
atte1062.159

2